UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cv-81705-RAR

GRANT HUBBARD,
ERIC KALISNIKOW,
JAMES DIAZ, CORY BIGHAM
MARK YOUNG, and
RANDY STUBBS

      Plaintiff,

v.

JERRY'S SEAMLESS GUTTERING, INC.,
JEROME KRECZMER,
SOUTH EAST PERSONNEL LEASING, INC.

      Defendants.
_____/

## MEDIATOR'S REPORT

COMES NOW, the undersigned certified Mediator Cathleen Scott and reports to this Honorable Court:

The Mediation was held on December 9, 2020, the result of which was: **an Agreement was reached.**

Dated this 10th day of December 2020.

s/Cathleen Scott
Cathleen Scott, Certified Circuit Civil Mediator
Florida Bar No. 135331
cscott@scottwagnerlaw.com
Scott Wagner & Associates, P.A.
250 S. Central Blvd, Suite 104
Jupiter, FL 33458