IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**GRANT HUBBARD, ERIC KALISNIKOW,
JAMES DIAZ, and CORY BIGHAM, Each
Individually and on Behalf of All Others
Similarly Situated**

    **Plaintiffs,**

vs.                    Case No. 9:19-cv-81705-RAR

**JERRY'S SEAMLESS GUTTERING INC.,
and JEROME KRECZMER**

    **Defendants.**

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Grant Hubbard, Eric Kalisnikow, James Diaz, and Cory Bigham, each individually and on behalf of others similarly situated, filed a complaint alleging violation of the Fair Labor Standards Act. The parties have consented to voluntary dismissal of all claims in this matter and pursuant to Federal Rule of Civil Procedure 41, state the following:

1.     The parties have voluntarily settled all claims which were alleged in Plaintiffs' Complaint. The parties have likewise executed a settlement agreement which describes the terms of the settlement of this matter. The settlement agreement is attached as Exhibit 1 and submitted for this Court for approval in accordance with <u>Lynn's Food Stores, Inc.</u>, 679 F.2d 1350 (11th Cir. 1982) (In the Eleventh Circuit, in order to ensure that the employer is relieved of liability, a compromise of an FLSA claim must either be

supervised by the Secretary of Labor or must be approved by the District Court. To approve the settlement, the court should determine that the compromise is a fair and reasonable resolution of a bona fide dispute over FLSA provisions. Id.

2. The parties stipulate that the settlement represents full recovery of all alleged unpaid wages due the Plaintiffs (including liquidated damages). In addition, the amount allocated to Plaintiff's counsel for their reasonable attorneys' fees was negotiated separate and apart from Plaintiffs' share of the settlement, and no contingency is being enforced on Plaintiffs' settlement shares. Accordingly, the amount allocated for each Plaintiff was not reduced in any way by the amount allocated to Plaintiffs' counsel.

3. The parties further stipulate to the entry of an order dismissing this matter with prejudice.

Respectfully submitted,

**PLAINTIFFS GRANT HUBBARD, ERIC KALISNIKOW, JAMES DIAZ, and CORY BIGHAM, Each Individually and on Behalf of All Others Similarly Situated**

/s/ C. Ryan Morgan
C. Ryan Morgan
Fla. Bar No. 0015527
rmorgan@forthepeople.com
MORGAN & MORGAN, P.A.
20 North Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 420-1414
Facsimile: (407) 245-3401
**Local Counsel for Plaintiffs**

Blake Hoyt
Admitted *pro hac vice*
blake@sanfordlawfirm.com
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
**Counsel for Plaintiffs**

and  **DEFENDANTS JERRY'S SEAMLESS GUTTERING INC., and JEROME KRECZMER**

/s/ Kelsey Black
Kelsey Black
Fla. Bar No. 078925
kelsey@kkbpa.com
BLACK LAW P.A.
1401 East Broward Boulevard, Suite 204
Fort Lauderdale, Florida 33301
Telephone: (954) 320-6220
Facsimile: (954) 320-6004
**Counsel for Defendants**